UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25 CR 117 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| GARY K. JONES, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge James E. Grimes, regarding the change of plea hearing of Gary K. Jones, which was referred to the Magistrate Judge with the consent of the parties.

On March 18, 2025 the government filed a 1 count Indictment, charging Defendant Jones with, Felon in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. §§ 922 (g)(1) and 924 (a)(8). On April 3, 2025, Magistrate Judge Amanda M. Knapp held an arraignment, at which time Mr. Jones entered a plea of not guilty to the charges. On August 21, 2025 Magistrate Judge Grimes received Defendant's plea of guilty to count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Gary K. Jones is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Gary K. Jones is adjudged guilty to count 1 of the Indictment in violation of Title 18 U.S.C. §§ 922 (g)(1) and 924(a)(8). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on November 20, 2025 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 12, 2025